DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**MANDY LEIGH, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF NORMAN LEIGH,**
Appellant,

v.

**SILVIA LEIGH,**
Appellee.

No. 4D2024-1936

[February 12, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Nicholas Lopane, Judge; L.T. Case Nos. 062022DR012541AXXXCE and 062022CP005365A001CE.

Erin Pogue Newell of Open Book Appeals, Fort Lauderdale, for appellant.

Nancy W. Gregoire Stamper and Juliette E. Lippman of Birnbaum, Lippman & Gregoire, PLLC, Fort Lauderdale, and Debra J. Slater of Slater & Small, PLLC, Coral Springs, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., GROSS and GERBER, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***